LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANGELA BAEZ, ) | No. EDCV 13-01323 MRW |
| ) | |
|    Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|    v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
|    Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATE: March 24, 2014        _____
                                        HON. MICHAEL R. WILNER
                                        UNITED STATES MAGISTRATE JUDGE